IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **SHNYAR ANWAR HASSAN** | |
| Plaintiff, | |
| v. | Civil Action No. 1:22-cv-01288-TSE |
| **MASROUR BARZANI** | |
| Defendant. | |

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned counsel of record for Plaintiff Shnyar Anwar Hassan, hereby request that the Court mail a copy of the Summons and Complaint to Defendant Masrour Barzani at the following address:

> MASROUR BARZANI
> c/o Kurdistan Regional Government
> Office of the Prime Minister
> Council of Ministries
> 44001 Erbil
> Kurdistan Region, Iraq

Mailing will be made via DHL Express Mail, which is a method reasonably calculated to give notice pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii).[1] I certify that this method of service is not prohibited by the laws of Iraq, which is not a signatory to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

---

[1] Plaintiff's request is also consistent with the process described in the *Attorney Manual for Service of Process on a Foreign Defendant* published by the United States District Court for the District of Columbia, which is available at www.dcd.uscourts.gov/sites/dcd/files/AttyForeignMlg2018wAttach.pdf.

SECIL Law PLLC

Dated: December 16, 2022      By:   /s/ John P. Rowley III
                                              John P. Rowley III (VSB No. 19804)
                                              Adriaen M. Morse Jr. (VSB No. 38889)
                                              1701 Pennsylvania Ave., NW, Suite 200
                                              Washington, D.C. 20006
                                              jrowley@secillaw.com
                                              (202) 417-8652
                                              amorse@secillaw.com
                                              (202) 417-8232