## *** CIVIL MOTION MINUTES ***

Date: 04/07/2023                                                     Before the Honorable: **T.S. ELLIS, III**

Time: 12:27 p.m. – 12:52 p.m. (00:25)                 Case No.: 1:22-cv-01288-TSE-IDD

Official Court Reporter: Scott Wallace

Courtroom Deputy: Tanya Randall

---

# SHNYAR ANWAR HASSAN

V.

# MASROUR BARZANI

---

Appearances of Counsel for:

[ X ]  Plaintiff:  John Rowley, III, Adriaen Morse, Jr.
[ X ]  Defendant:  Benjamin Crew, David Barger, Dominic Draye, Joe Reeder, Juliana Laurello

**Re:**     [ 10 ]   Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules 12(b)(1), 12(b)(2), 12(b)(6), and 12(b)(7)
           [ 14 ]   Defendant's Motion to Strike Plaintiff's Jury Demand

Argued and:

[  ]  Granted   [  ]  Denied          [  ]  Granted in part/Denied in part

[ X ]  Taken Under Advisement       [  ]  Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow