IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHNYAR ANWAR HASSAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-1288 |
| ) | |
| MASROUR BARZANI, ) | |
|     Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion issued this same day,

It is hereby **ORDERED** that Defendant's Motion to Dismiss (Dkt. 10) is **GRANTED**.

Plaintiff's Complaint is **DISMISSED** without prejudice for lack of personal jurisdiction.

It is further **ORDERED** that Defendant's Motion to Strike Plaintiff's Jury Demand (Dkt. 14) is **DENIED** as moot.

It is further **ORDERED** that the Clerk of the Court is **DIRECTED** to place this matter among the ended causes.

The Clerk of the Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
May 24, 2023

/s/
T. S. Ellis, III
United States District Judge